JEANETTE WATERSON v. GENERAL MOTORS CORPORATION
AND REEDMAN MOTORS CORPORATION.

July 7, 1987.

Petition for certification granted.

JEANETTE WATERSON v. GENERAL MOTORS CORPORATION
AND REEDMAN MOTORS CORPORATION.

July 7, 1987.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. ROBERT MILLER.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK MOSLEY.

July 7, 1987.

Petition for certification denied.